WILLARD M. RICH, Respondent, v. E. WARD SOANES, Doing Business under the Name of E. WARD SOANES Co., Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, J. P., Kimball, Piper and Van Duser, JJ. [See *ante,* p. 830.]

JULIA ARDELIO, Respondent, v. MARY M. POLITO, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, J. P., Kimball, Piper and Wheeler, JJ. [See *ante,* p. 830.]

GRACE T. COLE, as Administratrix of the Estate of GEORGE W. COLE, Deceased, Respondent, v. CHARLES SWAGLER, as Administrator of the Estate of EUGENE SWAGLER, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, J. P., Kimball, Wheeler and Van Duser, JJ. [See *ante,* p. 831.]

EDWARD SEEBERG et al., Appellants-Respondents, v. GAYLORD FINANCE CO., INC., et al., Respondents-Appellants.— Appeals dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD D. SPAWTON, Relator, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK R. SEAGER, Relator, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES O. CHILSON, Relator, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AULDEN MARSH, Relator, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN PORREOA, Relator, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.